No. 84–842.   JACK FAUCETT ASSOCIATES, INC., ET AL. v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the

consideration or decision of this petition.*